1

2

3
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4   UNITED STATES OF AMERICA,                )
                                            ) NO. 2:21-cr-00117-RSM
5              Plaintiff,                    )
        v.                                  ) ORDER APPOINTING RUSSELL M. AOKI
6                                           ) AS COORDINATING DISCOVERY
    EDWARD L. ABERCROMBIE,                   ) ATTORNEY
7                                           )
               Defendant.                   )
8                                           )
                                            )
9

10      It is hereby **ORDERED** that Russell M. Aoki is appointed as Coordinating

11 Discovery Attorney for court-appointed defense counsel.

12      The Coordinating Discovery Attorney shall oversee any discovery issues common to

13 all defendants. His responsibilities will include:

14
15   • Managing and, unless otherwise agreed upon with the Government, distributing
       discovery produced by the Government and relevant third-party information
16       common to all defendants;

17   • Assessing the amount and type of case data to determine what types of
       technology should be evaluated and used so duplicative costs are avoided and the
18       most efficient and cost-effective methods are identified;

19   • Acting as a liaison with federal prosecutors to ensure the timely and effective
20       exchange of discovery;

21   • Identifying, evaluating, and engaging third-party vendors and other litigation
       support services;
22
23   • Assessing the needs of individual parties and further identifying any additional
       vendor support that may be required—including copying, scanning, forensic
24       imaging, data processing, data hosting, trial presentation, and other technology
       depending on the nature of the case;
25
26   • Identifying any additional human resources that may be needed by the individual
       parties for the organization and substantive review of information; and
27

28

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 1

- Providing training and support services to the defense teams as a group and individually.

When executing these responsibilities, the Coordinating Discovery Attorney shall assess the most effective and cost-efficient methods to organize the discovery with input from defense counsel.

The Coordinating Discovery Attorney's duties do not include providing representation services, and therefore will not be establishing an attorney-client relationship with any of the defendants. Discovery intended for counsel of a specific defendant and not to be shared among all defense counsel, shall be produced by the Government directly to defense counsel for that defendant. For discovery common to all defendants, discovery issues specific to any defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney.

For any common discovery that has already been produced by the Government prior to this Order, the Government shall provide a copy to the Coordinating Discovery Attorney within 14 days. Any additional discovery not already produced shall be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the discovery to all defense counsel, unless the Government elects to produce discovery directly to defense counsel with a simultaneous copy to the Coordinating Discovery Attorney. The Government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

The Coordinating Discovery Attorney shall petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services including confirming the work that was previously agreed to be performed. However, his time and the

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 2

time spent by his staff will be paid by the Administrative Office of the U.S. Courts,

Defender Services Office. All petitions for outside services shall include a basis for the

requested funds and a determination that the costs of the services are reasonable.

The Coordinating Discovery Attorney shall also provide this Court with [monthly if

web-hosted database solution is used / periodic if the solution is sortable spreadsheet or

other desktop solution] *ex parte* status reports depicting the status of work and whether that

work remains within the budget of any funds authorized by the Court, with the copy

provided to defense counsel.

DATED this 26th day of July, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 3