Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. ABERCROMBIE,<br><br>Defendant. | CASE NO. CR21-117RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT A TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

THIS MATTER comes before the court on Defendant's Motion to Seal Exhibit A to Defendant's Motion to Suppress Evidence. For the reasons stated therein and based on the court's review of the documents, it is hereby

ORDERED that Defendant's Motion to Seal Exhibit A to Defendant's Motion to Suppress Evidence is GRANTED.

DATED this 9th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
/S/ Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Abercrombie