The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. ABERCROMBIE,<br><br>Defendant. | No. CR21-117 RSM<br><br>**ORDER EXTENDING TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE** |

Having considered the government's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Suppress Evidence, the Court ORDERS:

The government's motion is granted. The government shall file its responsive brief by November 17, 2021.

DATED this 9th day of November, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:
*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Extending Time for Government's Response
*United States v. Abercrombie* / CR21-117 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970