UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

  Plaintiff

  v.

EDWARD L. ABERCROMBIE,

  Defendant.

CASE NO. CR21-117RSM

ORDER DENYING MOTION TO SEVER DEFENDANTS

This matter comes before the Court on the Motion to Sever filed by Defendant Edward L. Abercrombie. Dkt. #60. Defendant is charged in a one-count Indictment with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). Although his is a stand-alone Indictment, this case is related to those brought against many other Defendants under at least 13 different cause numbers. *See id.* at 1. Defendant is pre-emptively moving to sever this case from being brought to trial with those other cases.

The Government has not moved for consolidation and joinder. The Government argues that this Motion is moot, and the Court agrees. The Government further notes that "[o]f the 19 defendants who have not yet pled guilty and are currently before the Court, the government has reached or nearly reached a plea agreement with nine, and expects these pleas to be entered over the next few weeks. Of the remaining ten defendants, nine—all but the defendant—have expressed an openness to resolving their cases, and the government believes that most of these

ORDER – 1

will resolve." Dkt. #61 at 2.  Most of these 19 remaining Defendants will seek a continuance of their trial dates.  *Id*.  These facts further lead the Court to believe that the requested relief is moot.

Having reviewed the briefing for this Motion, along with the remainder of the record, the Court hereby finds and ORDERS that Defendant's Motion to Sever, Dkt. #60, is DENIED AS MOOT.

DATED this 20th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2