Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. ABERCROMBIE,<br><br>Defendant. | CASE NO. CR21-117RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

THIS MATTER comes before the court on Defendant Edward L. Abercrombie's Motion to Seal Defendant's Attachment to his Sentencing Memorandum. For the reasons stated and based on the court's review of the documents, it is hereby

ORDERED that Defendant Edward L. Abercrombie's Motion to Seal Defendant's Attachment to Sentencing Memorandum is GRANTED.

DATED this 6th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
/S/ Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Abercrombie

ORDER GRANTING DEFENDANT MOTION TO SEAL - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT ST.
TACOMA, WASHINGTON 98407
(253) 777-5716