The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDWARD L. ABERCROMBIE,<br><br>   Defendant. | NO. CR21-117-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property:

1. One Springfield Armory Model XDS .45 ACP caliber pistol bearing serial number HG128321;
2. One Ruger Model Mark IV 22/45 Lite .22 LR caliber pistol bearing serial number 390-69434; and
3. Any associated ammunition.

//

//

Final Order of Forfeiture - 1
*United States v. Abercrombie,* CR21-117-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Abercrombie entered on May 12, 2022, he agreed to forfeit his interest in the above-identified property as property that was involved in his commission of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), to which he entered a plea of guilty (Dkt. No. 72);

2. On July 8, 2022, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting to the United States Defendant Abercrombie's interest in it (Dkt. No. 79);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 81), and sent direct notice to four identified potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A, B, C, & D);

4. The United States has used all available efforts to provide notice to identified potential claimants, by means reasonably calculated to reach them. Notices sent to three of the identified potential claimants were successfully delivered. *Id.*, ¶ 2(a)-(c). The United States sent two notice letters to a fourth identified potential claimant, both of which were returned, and has no other contact information for this potential claimant. *Id.*, ¶ 2(d); and

5. The time for filing third-party petitions has expired and none were filed.

//

Final Order of Forfeiture - 2
*United States v. Abercrombie,* CR21-117-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 14th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Abercrombie,* CR21-117-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970