Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. ABERCROMBIE,<br><br>Defendant. | CASE NO. CR21-117RSM<br><br>~~PROPOSED~~<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL OLSON DECLARATION AND ATTACHED EXHIBITS TO DEFENDANT'S MOTION TO MODIFY CONDITIONS |

THIS MATTER comes before the court on Defendant's Motion to Seal the Declaration of Paula T. Olson and attached Exhibits A and B to Defendant's Motion to Modify Conditions of Release. For the reasons stated therein and based on the court's review of the documents, it is hereby

ORDERED that Defendant's Motion to Seal the Declaration of Paula T. Olson and attached Exhibits A and B to Defendant's Motion to Modify Conditions of Release is GRANTED.

DATED this 22nd day of September, 2023.

RICARDO S. MARTINEZ
United States District Judge

Presented by:
/S/ Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Abercrombie

ORDER GRANTING DEFENDANT'S MOTION TO SEAL - 1

LAW OFFICE OF PAULA T. OLSON
4020 NO. VASSAULT ST.
TACOMA, WASHINGTON 98407
(253) 777-5716