UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD ABERCROMBIE,<br><br>　　　　　　　　Defendant. | Case No. CR21-117RSM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

　　　THIS MATTER comes before the court on Defendant Edward L. Abercrombie's Motion to Modify Conditions of Supervised Release. The court having considered all pleadings filed in support of and in opposition to the motion, hereby

　　　ORDERS THAT Defendant Edward L. Abercrombie's Motion to Modify Conditions of Supervised Release (Dkt #98) is GRANTED. The conditions of release pertaining to the prohibition from use of intoxicants and controlled substances shall be modified to exclude medical marijuana for 60 days while defendant recovers from surgery. Defendant's Amended Motion to Modify Conditions of Release (Dkt #101) is DENIED.

　　　DATED THIS 22nd day of September, 2023.

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1