JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>EDWARD L. ABERCROMBIE,<br><br>                      Defendant. | No. CR21-117RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE NEW CJA COUNSEL |

THIS MATTER comes before the court on Defendant Edward S. Abercrombie's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel. The court has considered the reasons for the motion, the non-opposition of the United States, and the file herein. Therefore, it is hereby

ORDERED that Defendant Edward L. Abercrombie's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel is GRANTED. CJA Administration shall appoint new CJA defense counsel as soon as possible.

DATED this 25th day of April, 2025.

_____
RICARDO S. MARTINEZ
United States District Judge

Presented by:

　/S/ Paula T. Olson
PAULA T. OLSON, WSBA#11584
Attorney for Defendant Abercrombie

ORDER GRANTING UNOPPOSED DEFENDANT'S
MOTION TO WITHDRAW AND SUBSTITUTE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com